**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
AMY I. BORLUND (SBN 205361)
aborlund@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

MIGUEL NAPOLES,

       Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,;
DOES 1-10, INCLUSIVE,

       Defendant.

Case No.

**NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a), 28 U.S.C. § 1331 (FEDERAL QUESTION) and 28 U.S.C. § 1367(a) (SUPPLEMENTAL JURISDICTION)**

[*Filed concurrently with: (1) Civil Cover Sheet; and (2) Certification and Notice of Interested Parties*]

[Los Angeles County Superior Court, Case No. 18STLC01677]

Complaint Filed:   January 26, 2018

1

DOLL AMIR & ELEY LLP

DOLL AMIR & ELEY LLP

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT** Defendant Capital One Bank (USA), N.A. ("Capital One") hereby invokes the jurisdiction of this Court under the provisions of 28 U.S.C. § 1441(a), 28 U.S.C. § 1331 and 28 U.S.C. § 1367(a), and removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(b).

**A.    JURISDICTION**

1.    Capital One specifically alleges that this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. §§ 1441(a) and § 1331 because Plaintiff Miguel Napoles ("Plaintiff") alleges a cause of action arising under the federal Telephone Consumer Protection Act ("TCPA"), codified at 47 U.S.C. § 227, *et seq.*  Further, the Court has supplemental jurisdiction over the state law cause of action alleged in the Complaint pursuant to 28 U.S.C. § 1367(a).

**B.    STATEMENT OF THE CASE**

2.    On January 26, 2018, Plaintiff filed a Complaint and Jury Demand ("Complaint") in the Superior Court, Los Angeles County, State of California, designated as Case No. 18STLC01677 (the "Action").  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Capital One in the Action are attached hereto as *Exhibit A*.

3.    Plaintiff asserts two (2) causes of action in his Complaint against Capital One.  Those causes of action include: (1) Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), codified at Cal. Civ. Code § 1788.1, *et seq.*; and (2) violation of the TCPA.

**C.    BASIS FOR REMOVAL**

4.    This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a) because Plaintiff alleges claims arising under the TCPA, which is a law of the United States.

DOLL AMIR & ELEY LLP

5.      Specifically, for example, Plaintiff's Complaint alleges that Capital One used an "automatic telephone dialing system" to place non-emergency calls to Plaintiff's cellular telephone in violation of the TCPA.  Compl., ¶¶ 6-7; 13. Therefore, adjudication of Plaintiff's Complaint requires an analysis and construction of federal law, and this Action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) and § 1331, because this Court would have had original jurisdiction founded on Plaintiff's claim arising under the TCPA.

6.      Additionally, this Court has supplemental jurisdiction over the remaining state law claim, because it "form[s] part of the same case or controversy."  28 U.S.C. § 1367(a).  A state claim is part of the same case or controversy if it shares a "common nucleus of operative fact" with the federal claim, and if they would normally be tried together.  *See, e.g.*, *Trustees of the Constr. Indus. & Laborers Health & Welfare Trust v. Desert Valley Landscape Maint., Inc*., 333 F. 3d 923, 925 (9th Cir. 2003).  The facts related to Plaintiff's state law claim under the RFDCPA are intertwined with and based upon his allegations of wrongdoing under the federal TCPA claim in that both claims are based on allegedly unlawful calls by Capital One to Plaintiff.  The Court should therefore extend supplemental jurisdiction over Plaintiff's state law claim.

**D.     ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED.**

7.      <u>Removal of this Action is timely</u>.  Capital One was served with a copy of the Summons and Complaint in this action on February 14, 2018.  Therefore, this Notice of Removal is "filed within thirty [30] days after receipt by the defendant…of a copy of [Plaintiff's Summons and Complaint]" in accordance with the time period mandated by 28 U.S.C. § 1446(b).

8.      <u>Removal to Proper Court</u>.  Venue lies in the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1441(a) because the

DOLL AMIR & ELEY LLP

1   Action was filed in this District.

2       9.      <u>Consent to Removal</u>.  Capital One is the only named Defendant in the

3   action and therefore no consent of additional parties is required.

4       10.     <u>Pleading and Process</u>.  As stated above, pursuant to 28 U.S.C. § 1446(a),

5   a true and correct copy of all process, pleadings and orders received by Capital One

6   from Plaintiff in this Action are attached hereto as *Exhibit A*.

7       11.     <u>Notice</u>.  Written notice of the filing of this Notice of Removal will be

8   promptly served upon Plaintiff.  Capital One will also promptly file a copy of this

9   Notice with the Clerk of the Superior Court of California, County of Los Angeles.

10      **WHEREFORE** Defendant Capital One prays that the Action, now pending

11  against it in the Superior Court of the State of California, County of Los Angeles, is

12  removed to the United States District Court for the Central District of California

13

14  DATED:  March 16, 2018              **DOLL AMIR & ELEY LLP**

15

16                                      By: /s/  *Amy I. Borlund*
                                            HUNTER R. ELEY
17                                          AMY I. BORLUND
18                                          Attorneys for Defendant,
                                            CAPITAL ONE BANK (USA), N.A.
19

20

21

22

23

24

25

26

27

28