JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| MIGUEL NAPOLES,<br><br>  Plaintiff,<br><br>  v.<br><br>CAPITAL ONE BANK USA, N.A and Does 1-10 inclusive,<br><br>  Defendants. | Case № 2:18-CV-02215-ODW (RAOx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

April 29, 2019

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**